UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20867-CR-GRAHAM/GOODMAN

UNITED STATES OF AMERICA,

vs.

CHRISTINA GRICE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court upon the Report and Recommendation filed by United States Magistrate Judge Jonathan Goodman on August 8, 2011 [D.E. 46] recommending that the Court adopt the parties' proposed stipulation [D.E. 44] and enter a restitution order requiring Defendant to pay victim restitution in the amount of $3,000.00 on the schedule and terms provided for in the stipulation.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Goodman's Report [D.E. 46] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that the parties' Joint Stipulation Regarding Final Restitution Amount [D.E. 44] is **APPROVED.** It is further

**ORDERED AND ADJUDGED** that Defendant shall pay victim restitution in the amount of $3,000.00 on the schedule and terms provided for in the stipulation [D.E. 44].

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of August, 2011.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record